**NICOLETTI HORNIG & SWEENEY**
Attorneys for Plaintiff
Wall Street Plaza
88 Pine Street
New York, New York 10005
(212) 220-3830
Attorney: James F. Sweeney (JFS-7745)
NH&S File No.: 92000061 JFS

**07 CIV 9748**

NOV 0 2 2007
U.S.D.C. S.D.N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BULK MATERIALS INTERNATIONAL CO.,

                  Plaintiffs,

    -against-

M/V SMARTY, her engines, Boilers,
etc. and ALMONIO SHIPPING CO. LTD.,

                  Defendants.
-------------------------------------------------------------X

Case No.: 05 Civ. (   )

**STATEMENT PURSUANT TO RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and magistrate judges of the court to evaluate possible disqualification or refusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

    None

Dated: New York, New York
         November 2, 2007

                                                            James F. Sweeney (JFS-7745)