

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BULK MATERIALS INTERNATIONAL CO.,<br>Plaintiff,<br><br>-V-<br><br>M/V SMARTY, her engines, boilers,<br>etc. and ALMONIO SHIPPING CO. LTD.,<br>Defendants. | **CERTIFICATE OF MAILING**<br><br><br>07 CV 9748 (CM) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**6th day of October, 2007**

I served the

Summons & Amended Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**2th day of November, 2007**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8614 8108 4435**

*J. Michael McMahon*
CLERK

Dated: New York, NY

# Nicoletti Hornig & Sweeney

JOHN A.V. NICOLETTI
JAMES F. SWEENEY
DAVID R. HORNIG *
FRANK M. MARCIGLIANO
MICHAEL J. CARCICH
BARBARA A. SHEEHAN
NOOSHIN NAMAZI †
THOMAS M. RITTWEGER †
ROBERT A. NOVAK
TERRY L. STOLTZ
MICHAEL F. McGOWAN
VINCENT A. SUBA

SAMUEL C. COLUZZI †
LAWRENCE C. GLYNN †

WALL STREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801
TELEPHONE 212-220-3830
TELECOPIER 212-220-3780
E-MAIL: general@nicolettihornig.com
WEBSITE: www.nicolettihornig.com

MICHAEL MARKS COHEN
LINDA D. LIN

OF COUNSEL

NEW JERSEY OFFICE:

401 CONTINENTAL PLAZA
HACKENSACK, NEW JERSEY 07601
TELEPHONE 201-343-0970
TELECOPIER 201-343-5882

---

**FedEx Express — International Air Waybill**

**1 From**
Date: 11/6/07
Sender's FedEx Account Number: 2035-2671-7
Sender's Name: 
Phone: 212-220-3831
Company: Nicoletti Hornig & Sweeney
Address: 88 Pine St, 7th Floor
City: New York
State: NY
ZIP: 10005
Country: USA

**2 To**
Company: Almonio Shipping Ltd
Address: c/o SPP Maritime S.A.
Address: 5 Malras Stoas St
City: Piraeus
Country: Greece
ZIP: 185-31

**3 Shipment Information**

**4 Express Package Service**: FedEx Intl. Priority (checked)

**5 Packaging**: FedEx Envelope (checked)

**7a Payment Bill transportation charges to**: Sender

**7b Payment Bill duties and taxes to**: Sender

**8 Your Internal Billing Reference**: CASE 07 CIV 9748   92-47 JFS

FedEx Tracking Number: 8614 8108 4435