LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Defendant
MEDITERRANEAN SHIPPING COMPANY, S.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
AL-ALAMIYAH FOR MANUFACTURING
TEMPERED GLASS CO.,

                Plaintiff,

   -against-

M/V MSC CAROLINA, her engines, tackle, boiler, etc.,
*in rem*, MEDITERRANEAN SHIPPING COMPANY
S.A.; and CAROLINA, *in personam,*

                Defendant.
-------------------------------------------------------------------X

**ECF Case**

**07 Civ. 10285 (HB)**

**RULE 7.1
STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Edward P. Flood, a member

of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for Defendant

MEDITERRANEAN SHIPPING COMPANY, S.A., certifies upon information and belief that

said Defendant is not a publicly held corporation in the United States and that there are no

corporate parents, subsidiaries, or affiliates of the Defendant which are otherwise publicly held

in the United States.

Dated: January 18, 2008
      New York, New York

                                  LYONS & FLOOD, LLP
                                  Attorneys for Defendant
                                  MEDITERRANEAN SHIPPING COMPANY, S.A.

By:                                        
                                  Edward P. Flood (EPF-5797)
                                  65 West 36th Street, 7th Floor
                                  New York, New York 10018

U:\FLOODDOC\2549112\Pleadings\Rule 7.1-Carolina .doc