LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Defendants
ALMONIO SHIPPING CO. LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BULK MATERIALS INTERNATIONAL CO.,

                    Plaintiff,

   -against-

M/V SMARTY, her engines, BOILERS
etc; and ALMONIO SHIPPING CO. LTD.,

                   Defendant.
-------------------------------------------------------------X

          **ECF Case**

          **07 Civ. 9748(CM)**

          **RULE 7.1**
          **STATEMENT**

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Edward P. Flood, a member

of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for Defendant

ALMONIO SHIPPING CO. LTD., certifies upon information and belief that said Defendant is

not a publicly held corporation in the United States and that there are no corporate parents,

subsidiaries, or affiliates of the Defendant which is otherwise publicly held in the United States.

Dated: January 18, 2008
       New York, New York

LYONS & FLOOD, LLP
Attorneys for Defendants
ALMONIO SHIPPING CO. LTD.


By: _____

Edward P. Flood (EPF-5797)
65 West 36th Street, 7th Floor
New York, New York 10018


U:\kmhldocs\2600029\Pleadings\Rule 7.1 .doc