```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
BULK MATERIALS INTERNATIONAL CO.,

          Plaintiff,

  -against-

M/V SMARTY, her engines, boilers, etc.,
and ALMONIO SHIPPING CO. LTD.,

          Defendants.
-------------------------------------------------------x

Case No.: 07 Civ. 9748 (CM)

**STIPULATION AND
ORDER OF TRANSFER**

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, attorneys for the parties herein, that for the convenience of the parties and witnesses, this case is hereby transferred to the Southern District of Florida, West Palm Beach division, pursuant to 28 U.S.C. §1412; and

    IT IS FURTHER AGREED that except as set forth below, all terms of the Club Letter of Undertaking ("LOU") dated April 5, 2007 and issued by the American Club in this regard will remain in full force and effect following the transfer, and

    IT IS FURTHER AGREED that the LOU will be modified only to reflect that any dispute between the parties to the LOU shall be submitted to the exclusive jurisdiction of the United States District Court for the Southern District of Florida.

Dated: New York, New York
       February 1, 2008

NICOLETTI HORNIG & SWEENEY          LYONS & FLOOD, LLP
Attorneys for Plaintiff              Attorneys for Defendant
Bulk Materials International Co.     Amonio Shipping Co. Ltd.

/s/ Lawrence C. Glynn                /s/ Edward P. Flood
_____          _____
Lawrence C. Glynn (LG 6431)          Edward P. Flood (EPF 5797)
Wall Street Plaza                    65 West 36th Street, 7th Floor
88 Pine Street                       New York, New York 10018
New York, New York 10005             (212) 594-2400
(212) 220-3830
File No.: 92000061JFS

SO ORDERED: /s/ _____ U.S.D.J.

2-7-08

2